IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA G. PHILLIPS,

Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

Defendant.

Case No. 19-cv-265 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 19, 2020**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**